FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GORDY INGRAM,<br><br>                Plaintiff,<br><br>     v.<br><br>CITY OF PASCO, PASCO POLICE DEPARTMENT, BRAD GREGORY, Officer, RICHARD AGUIRRE, Officer, MATTHEW GRIFFIN, Officer, BILL WRIGHT, Officer, ERICKSON, Officer,<br><br>                Defendants. | No.   4:15-CV-5045-SMJ<br><br>ORDER DISMISSING CASE |

On June 6, 2017, the Court issued an order directing *pro se* Plaintiff to serve Defendants with a summons and copy of the complaint no later than August, 4, 2017. ECF No. 21. The Court advised Plaintiff that failure to effect service by that date may result in dismissal of Plaintiff's complaint. The August 4, 2017 deadline has come and gone and Plaintiff has yet to serve Defendants.

Accordingly, and pursuant to Federal Rule of Civil Procedure 4(m), **IT IS HEREBY ORDERED:**

    **1.** All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

ORDER **-** 1

**2.** All pending motions are **DENIED AS MOOT.**

**3.** All hearings and other deadlines are **STRICKEN.**

**4.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and Defendants' counsel.

**DATED** this 23rd day of August 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge